IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITESH KUMAR PATEL,** | : | Civil No. 1:17-cv-1594 |
| **Plaintiff,** | : | |
| v. | : | |
| **WAREN CLAIR DOLL,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which she recommends that Petitioner Mitesh Patel's petition for a writ of habeas corpus be denied as premature. No objections have been filed. After a review of the report and recommendation and in consideration of the applicable law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) The petition for a writ of habeas corpus is **DENIED WITHOUT PREJUDICE** to the filing of another petition at an appropriate time.

3) The Clerk of Court is **DIRECTED** to close this case.

                                                                 s/Sylvia H. Rambo
                                                                 SYLVIA H. RAMBO
                                                                 United States District Judge

Dated: May 21, 2018